ZURAWSKI and wife, Appellants, vs. PICKER, Respondent.

For the appellants: *H. K. Curtis* of Milwaukee.

For the respondent: *Harvey H. Sverdlin,* attorney, and *Eugene L. McIntyre* of counsel, both of Milwaukee.

*By the Court.*—Order affirmed.